# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESSICA YESENIA GAVINO-ARMENTA,<br><br>　　　　Defendant | Case No.:  21-CR-1314-TWR<br><br>**ORDER GRANTING MOTION TO DISMISS AND JUDGMENT THEREON** |

Upon motion by the United States and for good cause shown,

IT IS ORDERED that the Indictment in this case be dismissed without prejudice.

SO ORDERED AND ADJUDGED.

Dated:  6/14/2021

_____
THE HONORABLE TODD W. ROBINSON
United States District Judge